FILED

2003 NOV -4 P 12: 18

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ST. ONGE, *et al.*, *plaintiff,* | : | NO. 3:01CV-1506 (SRU) |
| V. | : | |
| TROOPER FABIAN, *et al.*, *defendants.* | : | NOVEMBER 3, 2003 |

## MOTION IN LIMINE

The defendants respectfully requests this court for an evidentiary ruling prohibiting testimony or other evidence concerning the outcome of criminal charges filed against the plaintiffs as a result of the arrests which are the subject of this lawsuit. The sole issue in this case is whether the defendant State Police troopers used excessive force against the plaintiffs during the course of their arrests on April 24, 2001. Evidence concerning the outcome of the charges is both irrelevant and unfairly prejudicial in violation of the Federal Rules of Evidence, Rules 402 and 403, respectively.

DEFENDANTS
Thomas Fabian and Edward Lallo

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut 06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us


## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion was mailed, first-class, postage pre-paid, to all pro se parties and/or counsel of record on this the 3rd day of November, 2003.

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

Stephen R. Sarnoski
Assistant Attorney General

2