UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 10 P 12: 45

US DISTRICT COURT
BRIDGEPORT CT

JOSEPH ST. ONGE, et al.           :
                                  :
v.                                :    3:01cv1506 (SRU)
                                  :
FABIAN, et al.                    :

## SCHEDULING ORDER

Pursuant to calendar call held on November 5, 2003, this case shall proceed as follows:

1. Jury selection shall take place on **April 15, 2004**.

2. Trial shall commence on **May 3, 2004**.

It is so ordered.

Dated at Bridgeport this 7th day of November 2003.

Stefan R. Underhill
United States District Judge