HONORABLE **S. R. Underhill**
DEPUTY CLERK **B. Sbalbi** RPTR/ERO/TAPE **S. Catucci**

TOTAL TIME: ___ hours ___ minutes

DATE **11/5/03**    START TIME **10:45**    END TIME **10:50**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**St. Onge**
vs.
**Fabian**

CIVIL NO. **3:01CV1506 (SRU)**

§
§                          _____
§                             Plaintiffs Counsel
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§        **Stephen Jarnoski**
§             Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ....... ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ ....... ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ ..#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..#.. Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____  ☐ filed ☐ docketed
☐ ....... _____ # jurors present
☐ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ ....... Voir Dire by Court
☐ ....... Peremptory challenges exercised (See attached)
☐ ....... Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ ....... Remaining jurors excused
☐ ....... Discovery deadline set for _____
☐ ....... Disposition Motions due _____
☑ ....... ~~Joint trial memorandum due~~ **Jury Selection set for 4/15/03 @ 9:00 am**
☑ ....... Trial ~~continued until~~ **to commence** at **5/3/03 @ 9:00 am**

☐ COPY TO: JURY CLERK