FILED

2003 NOV 25  A 11: 44

US DISTRICT COURT
BRIDGEPORT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ST. ONGE and<br>MICHAEL ST. ONGE | : |
| VS. | : NO.3:01CV01506 (SRU) |
| TROOPER FABIAN (#1302) and<br>TROOPER LALLO (#1402) | : NOVEMBER 22, 2003 |

## PLAINTIFFS' BRIEF IN OPPOSITION TO MOTION *IN LIMINE*

The defendants have moved *in limine* to preclude the plaintiffs from presenting any evidence concerning the fact that all charges brought by the defendants against the plaintiffs were nolled or dismissed in the Superior Court at New London.

The plaintiffs have not listed in their proposed exhibits any exhibits from the criminal trial. Presumably, therefore, the defendants are worried about what the plaintiffs or Attorney Heffernan might say during testimony.

The plaintiffs submit that this issue is premature and should be taken up at trial as the evidence develops. The plaintiffs will not offer such testimony without first alerting the court to their intention to do so.

Respectfully submitted:

_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiffs' Attorney

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Stephen R. Sarnoski, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.

_____
JOHN R. WILLIAMS

2