FILED

2004 FEB -6 A 11: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ST. ONGE<br>*Plaintiff,* | : | NO.3:01CV1506(SRU) |
| VS. | : | |
| THOMAS FABIAN, ET AL.<br>*Defendants.* | : | FEBRUARY 4, 2004 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my Appearance in addition to the one already on file, as counsel for the defendants Trooper Thomas Fabian and Trooper Edward Lallo, ONLY, in regards to the above-captioned case.

Dated at Hartford, Connecticut, this 4th day of February, 2003.

DEFENDANTS,
Thomas Fabian, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Kathleen A. Keating,
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT  06141-0120
Telephone No.: (860) 808-5020
Fax No. (860) 808-5591
E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid on this 4th day of February, 2004, to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Kathleen A. Keating
Assistant Attorney General