UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ST. ONGE, *et al.*, | : | NO. 3:01CV-1506 (SRU) |
|    *plaintiff*, | : | |
| | : | |
| V. | : | |
| | : | |
| TROOPER FABIAN, *et al.*, | : | |
|    *defendants.* | : | MARCH 1, 2004 |

**DEFENDANTS' SUPPLEMENT TO
JOINT PRE-TRIAL MEMORANDUM**

The defendants hereby offer the following supplement to the Joint Pre-trial Memorandum dated November 1, 2003:

**10. LIST OF WITNESSES:**

   **For the Defendants:**

E.  Yolande Pensis, 1025 South 7th Avenue, Avondale, Arizona 85323.  Ms. Pensis was a desk clerk at the Hilltop Inn in Stonington, Connecticut, on the night of April 24, 2001, when the plaintiffs were arrested.  She will testify as to her actions and observations of the plaintiffs and defendants during the course of incident which is the subject of this lawsuit.

**12. DEPOSITION TESTIMONY:**

   **For the Defendants:**  In addition to that which has already been stated, the defendants will offer the testimony of Yolande Pensis by way of a videotaped deposition at trial.  Ms. Pensis resides in Avondale, Arizona, is not amenable to subpoena and, as a result, is not available to testify in person at trial.

                                                       DEFENDANTS
                                                       Trooper Fabian and Trooper Lallo

                                                       RICHARD BLUMENTHAL
                                                     ATTORNEY GENERAL


                                                     By: _____
                                                   Stephen R. Sarnoski
                                                   Assistant Attorney General
                                                   MacKenzie Hall
                                                   110 Sherman Street
                                                   Hartford, Connecticut  06105
                                                   Tel. (860) 808-5450
                                                   Federal bar #ct05129
                                                   E-mail: stephen.sarnoski@po.state.ct.us

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing motion was mailed this _____ day of

_____, _____, to the following pro se parties and/or counsel of record:

Norman Pattis, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510

William C. Kollman, II, Esq.
Holth, Kollman, Fairlie & Golembeski
58 Huntington Street
New London. Connecticut 06320

A. Alan Sheffy, Esq.
Rosenblatt & Sheffy
35 North Main Street
Southington, Connecticut 06489


                                                   _____
                                                   Stephen R. Sarnoski
                                                   Assistant Attorney General