**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOSEPH ST. ONGE, *et al.,*       :     NO. 3:01CV-1506 (SRU)
      *plaintiff,*         :
                         :
        V.              :
                         :
TROOPER FABIAN, *et al.,*       :
      *defendants.*     :     MARCH 24, 2004

<u>**NOTICE OF MANUAL FILING**</u>

Please take notice that defendants have manually filed the following documents:

      A.     Excerpts from Joseph St. Onge's deposition transcript

These documents have been filed electronically because:

[ X ]    The documents cannot be converted to an electronic format.

[   ]    The electronic file size of the document exceeds 1.5 megabytes.

[   ]    The document or thing is filed under seal pursuant to Local Rule of Civil
            Procedure 5(d) or Local Rule of Criminal Procedure 56(b).

[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
Thomas Fabian and Edward Lallo

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: ___/s/_____
Stephen R. Sarnoski
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, Connecticut  06105
Tel. (860) 808-5450
Federal bar #ct05129
E-mail: stephen.sarnoski@po.state.ct.us


## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion was mailed, first-class,

postage pre-paid, to all pro se parties and/or counsel of record on this the _____ day of

_____, _____.


John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, Connecticut 06510


___/s/_____
Stephen R. Sarnoski
Assistant Attorney General