UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


JOSEPH ST. ONGE, ET AL

PLAINTIFFS
VS.                          NO. 3:01CV-1506(SRU)

TROOPER FABIAN, ET AL
DEFENDANTS

**COPY**

---------------------------------------------------

DEPOSITION OF:  JOSEPH ST. ONGE

---------------------------------------------------



Taken before Kathleen S. Norton,
Registered Professional Reporter, Lic./Reg.
No. 00105, and Notary Public in and for the State of
Connecticut, pursuant to Notice, at the Offices of
the Attorney General, 110 Sherman Street, Hartford,
Connecticut, on May 14, 2003, commencing at 9:20
a.m.



BRANDON SMITH REPORTING SERVICE, LLC
44 Capitol Avenue
Hartford, CT  06106
Tel:  (860) 549-1850
Fax:  (860) 549-1537

St. Onge, et al vs Fabian, et al

Page 7

```
 1        me in the course of my duties could constitute

 2        perjury or the making of a false statement,

 3        both criminal offenses.

 4    A   Okay.

 5    Q   Are you on any mediations today, sir, which

 6        might interfere with your ability to hear and

 7        understand and provide accurate responses to my

 8        questions?

 9    A   No, no.

10    Q   I'm only interested in, at least for now,

11        medications that might make you drowsy.

12    A   No.

13    Q   Or somehow prevent you from understanding me.

14        I don't need to know your medical history.

15                You obviously speak English.  Did you

16        get a high school education?

17    A   Yes.

18    Q   Where is that?

19    A   Brockton Trade High School.

20    Q   Where is that?

21    A   Brockton, Massachusetts.

22    Q   When did you graduate, sir?

23    A   1959.

24    Q   Did you have any formal education after high

25        school?
```

d4a65967-b301-414b-aa81-3fd083a231e5

St. Onge, et al vs Fabian, et al

Joseph St. Onge

Page 8

| | | |
|---|---|---|
| 1 | A | Yes, I went to hotel and restaurant management, |
| 2 | | like a Manpower course. |
| 3 | Q | Right after high school? |
| 4 | A | It was about five years afterwards. |
| 5 | Q | Did you get a certificate, or degree, or |
| 6 | | something? |
| 7 | A | Yes, I did. |
| 8 | Q | What sort of -- |
| 9 | A | It just says that I completed the manpower |
| 10 | | course and I was informed of how to cook and |
| 11 | | manage restaurants. |
| 12 | Q | According to my records, your first name is |
| 13 | | Joseph? |
| 14 | A | Yes. |
| 15 | Q | And the last name is St. Onge? |
| 16 | A | S-T, period, O-N-G-E. |
| 17 | Q | Middle name also? |
| 18 | A | R, Richard. |
| 19 | Q | Home address now? |
| 20 | A | It's 201 Pope Road, Lowell Vermont. |
| 21 | Q | Is that the same address you resided at in |
| 22 | | April of 2001 when this incident occurred? |
| 23 | A | Yes, yes. |
| 24 | Q | And your business address? |
| 25 | A | 201 Pope Road. I live right at the restaurant. |

d4a65967-b301-414b-aa81-3fd083a231e5

5/14/2003                                                      Joseph St. Onge

Page 9

```
 1    Q    That, again, was the same --

 2    A    And the mailing address is PO Box 132.

 3    Q    And your telephone?

 4    A    (802)744-6149.

 5    Q    Is that the same for home and business?

 6    A    Yes.

 7    Q    And your Social Security number, sir?

 8    A    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.

 9    Q    And your date of birth?

10    A    7-6-41.

11    Q    And you're currently married, sir?

12    A    Yes.

13    Q    Were you married in 2001?

14    A    Yes, I was.

15    Q    You had to think about that for a minute.  How

16         long have you been married now?

17    A    40 years; 38, 40 years, around there.

18    Q    I imagine to the same person who is your son,

19         Michael's, mother?

20    A    Yes.

21    Q    Are you employed anywhere other than through

22         the restaurant?

23    A    No.

24    Q    What is the name of the restaurant?

25    A    Hidden Country Restaurant; Hidden Country.
```

. Onge, et al vs Fabian, et al

5/14/2003                                                       Joseph St. Onge

Page 10

1    Q    And is that the only employer you had in April

2         of 2001 as well?

3    A    Yes.

4    Q    Yourself?

5    A    Yes.

6    Q    Now, I see on the table in front of you, you

7         brought a notebook with you.  Is that just to

8         take notes today?

9    A    I just wanted to know Mr. Sheffy's name and

10        your name, just in case.

11   Q    You're welcome to take notes.  I'm trying to

12        clarify, is it to take notes, or do you have

13        any notes or documents?

14   A    I don't have any notes.  I just wanted it for

15        important questions that you ask, I was going

16        to write it down here, and then we would go

17        over it with my attorney.

18   Q    There will be a verbatim transcript of this, so

19        there will be no chance of forgetting those

20        questions.  We hope anyway.

21             About your criminal history, if any,

22        putting aside the charges that came out of this

23        incident, have you been convicted of any

24        criminal offense other than this?

25   A    No.

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

5/14/2003                                          Joseph St. Onge

Page 68

1         more.

2    Q    Trooper Fabian, in asking you to sign this

3         statement, didn't ask you to sign a statement

4         which contained any information which you claim

5         to be false?

6    A    No.  Say that one again.

7    Q    In other words, in asking you to sign this

8         statement, Trooper Fabian didn't try to get you

9         to sign a statement that said something false;

10        did he?

11   A    Yes, he said he had bits of green paint.

12   Q    I'm worried about what is in the statement.

13        Nothing in the statement is false, with the

14        correction of the time?

15   A    No, I didn't hit any car.

16   Q    Okay.

17              Now, I would like to move on to

18        injuries and your damages related to this

19        lawsuit.  What injuries, physical injuries, if

20        any, are you claiming occurred as a result of

21        you being arrested on April 24 of 2001?

22   A    Well, after that, I had a flare-up in my

23        colitis and stuff.  I have ulcerated colitis.

24        That's from stress.

25   Q    The ulcerative colitis is a condition that you

Page 69

```
 1          have had, literally, for years prior to the

 2          arrest, correct?

 3    A     Yes.

 4    Q     Comes and goes periodically?

 5    A     Yes.

 6    Q     And it came, again, after your arrest?

 7    A     Yes.

 8    Q     But not immediately after the arrest, correct?

 9          It was several weeks?

10    A     I would say immediately I had pains in my

11          stomach and everything, yes.

12    Q     When did you go see your doctor for anything

13          that you thought might have been related to

14          this arrest?

15    A     What happened was, I got pains in my stomach

16          and I had an operation in my stomach.  When I

17          was punched in the stomach, I thought it

18          ruptured.  I thought I had like --

19    Q     Don't tell me what you think.  Tell me what you

20          did.

21    A     I went to see him.

22    Q     Who is "him"?

23    A     Darius Zoroufy, a doctor in Northern Vermont.

24    Q     I notice in response to your interrogatories

25          you didn't give any medical records from
```

5/14/2003                                                    Joseph St. Onge

Page 70

    1         Dr. Zoroufy.

    2     A   Right.

    3     Q   Do you have any medical records from

    4         Dr. Zoroufy?

    5     A   You must have some medical records.

    6     Q   I notice that you didn't share any with me.

    7     A   Well --

    8     Q   Did you give any to your lawyer?

    9     A   I don't know.  He was going to request them or

   10         something, I guess.

   11             MR. SARNOSKI:  Let me go off the

   12         record a moment.

   13             MS. DOYLE:  I don't think he did.

   14             (Discussion off the record.)

   15   BY MR. SARNOSKI:

   16     Q   You mentioned, Mr. St. Onge, a Dr. Zoroufy.

   17         Spelled, Z-O-R-O-U-F-Y.

   18     A   That's close.

   19     Q   Dr. Zoroufy is a member of the Community

   20         Medical Associates?

   21     A   Yes.

   22     Q   In Newport, Vermont?

   23     A   Yes.

   24     Q   And that's the outfit for which you sought

   25         medical attention?

d4a65967-b301-414b-aa81-3fd083a231e5

5/14/2003                                              Joseph St. Onge

Page 71

```
 1    A    Yes.

 2    Q    You used Community Medical Associates to treat

 3         you for your ulcerative colitis condition prior

 4         to April of 2001, correct?

 5    A    Yes.

 6    Q    And you used them after as well?

 7    A    Yes.

 8    Q    So while you were being treated for ulcerative

 9         colitis in the 2001 time frame, and before, it

10         was at Community Medical Associates?

11    A    Yes.

12    Q    And you mentioned Dr. Zoroufy as your doctor,

13         but there are other doctors there as well?

14    A    Right.  If he's not there, he's out to lunch or

15         in a nursing home.

16    Q    Does Dr. Christopher Rickman ring a bell?

17    A    Yes.

18    Q    Another doctor that you saw?

19    A    Yes.

20    Q    And he examined you?

21    A    Yes.

22    Q    Now, according to these medical records, sir,

23         you have a history of alcohol abuse.

24    A    No, not really.

25    Q    You disagree with that?
```

t. Onge, et al vs Fabian, et al

5/14/2003                                                    Joseph St. Onge

Page 72

| 1 | A | Yes. |
| 2 | Q | You understand that Dr. Rickman records that in |
| 3 | | some of your medical files? |
| 4 | A | Right. |
| 5 | Q | But you don't agree with that diagnosis? |
| 6 | A | No.  I have a few drinks, but I don't agree |
| 7 | | with that. |
| 8 | Q | You do agree, however, you have had a history |
| 9 | | and have been diagnosed with ulcerative |
| 10 | | colitis? |
| 11 | A | Yes. |
| 12 | Q | And that's been literally for years prior to |
| 13 | | the date of your arrest, correct? |
| 14 | A | Say that again now. |
| 15 | Q | You had that condition of ulcerative colitis, |
| 16 | | literally, for years on and off prior to the |
| 17 | | date of your arrest? |
| 18 | A | I don't know if you know, ulcerative colitis |
| 19 | | comes when there is a stressful condition.  You |
| 20 | | know, it's sporadic and triggered by |
| 21 | | stressful -- |
| 22 | Q | Well, you can't testify what causes it because |
| 23 | | you're not a doctor, sir.  But my question is |
| 24 | | just that it's a condition with which -- hold |
| 25 | | on -- it's a condition with which you have been |

St. Onge, et al vs Fabian, et al

5/14/2003                                                    Joseph St. Onge

Page 73

1          diagnosed for years prior to the date of your

2          arrest, correct?

3    A     Uh-hum.

4    Q     Whatever the cause is, you had it for a long,

5          long time?

6    A     Yes.

7    Q     Both before and after, I understand that.  You

8          have also, according to Dr. Rickman's records,

9          been diagnosed with prostatism with

10         intermittent prostatitis; is that correct?

11   A     I don't know what that is.  I had polyps in the

12         colon, but --

13   Q     That's not a term or diagnosis with which you

14         are familiar?

15   A     No.

16   Q     And he also mentioned GER.  Is that a diagnosis

17         of something with which you're familiar?

18   A     You would have to ask him.

19   Q     I'm not familiar with it also, that's why I'm

20         asked.

21              According to the records I have, the

22         first time you consulted Community Medical

23         Associates after the date of your arrest was on

24         May 7th of 2001.  Is that consistent with your

25         memory of what you did?

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

t. Onge, et al vs Fabian, et al

5/14/2003

Joseph St. Onge

Page 74

| | | |
|---|---|---|
| 1 | A | Yeah, but if it says that I saw him on May 7th, |
| 2 | | it's got to be that I saw him May 7th. |
| 3 | Q | That's my supposition, but I want to make sure |
| 4 | | there is not something that happened that I |
| 5 | | don't have a record for. |
| 6 | A | Why would he put it down if I wasn't there on |
| 7 | | May 7th. |
| 8 | Q | The records that came into my possession based |
| 9 | | on the release and the interrogatories and |
| 10 | | Request for Production indicate the first time |
| 11 | | you visited Dr. Zoroufy at Community Medical |
| 12 | | Associates after the date of your arrest was on |
| 13 | | May 7th? |
| 14 | A | Yes.  If that's what the date says, yes. |
| 15 | Q | You wouldn't disagree with that if that's what |
| 16 | | the records indicate? |
| 17 | A | Unless he wrote the dates wrong. |
| 18 | Q | We don't have any reason to know that he did? |
| 19 | A | No. |
| 20 | Q | Now, when you explain to your doctor what your |
| 21 | | condition is, particularly on May 7th of 2001, |
| 22 | | you would not have lied to your doctor about |
| 23 | | what you were feeling, would you? |
| 24 | A | No. |
| 25 | Q | Because you know that he needs to know these |

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

Page 75

1           things to help you and properly treat you for

2           whatever your condition might be?

3       A   I told him the whole story, yes.

4       Q   What I would like you to do, and I will mark

5           this page, is read what your doctor wrote in

6           his report and tell me, as far as you know,

7           based on the facts that he's relating in his

8           report, is it consistent with what you told him

9           on that day, or is there something --

10      A   This is Zoroufy?

11      Q   This is Dr. Zoroufy.

12                  We'll mark this and then I will let

13          you read it.

14                      (Defendant's Exhibit No. 13,

15                      Medical record, marked for

16                      identification.)

17   BY MR. SARNOSKI:

18      Q   I'm handing you the whole packet, but I'm

19          showing you a one-page summary, apparently

20          authored by Dr. Zoroufy dated May 7th of 2001.

21          And, again, I will further direct your

22          attention just to the first area where he

23          writes down the medical history portion, and

24          tell me, is the information in there, as far as

25          you know, accurate?

d4a65967-b301-414b-aa81-3fd083a231e5

. Onge, et al vs Fabian, et al

5/14/2003                                                                    Joseph St. Onge

Page 76

1    A    Yes, this seems to the point.

2    Q    It seems correct and accurate?

3    A    Yes.

4    Q    Now, according to the records I have from the

5         Community Medical Associates, and I'm referring

6         to a record dated 3-21-01, you saw Dr. Zoroufy

7         on that date, March 21, before your arrest.

8         And he states you were interested in getting

9         evaluated and managed for you what believe to

10        have been depression.

11                 Do you remember seeing him for that?

12   A    Yes, probably.  It's been two years ago.

13   Q    Do you remember going to see him with a

14        complaint of being depressed?

15   A    Yes, I was -- I had, yes.  I didn't feel like

16        doing anything.  I thought it was depression,

17        yes.

18   Q    And, at that time, the doctor records that you

19        described yourself as being somewhat

20        emotionally distressed and unable to sleep?

21   A    Right, I had sleep apnea.

22   Q    And it also says, "He continues to drink

23        episodically, especially with recreational

24        activities such as going to Las Vegas."

25   A    Define "episodically".

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

1   Q   I'm reading what he wrote.

2   A   But what does it mean?

3   Q   I don't know, other than what he wrote.  That

4       doesn't have a meaning for you?

5   A   No.  Episodes, probably.

6   Q   That would be my best --

7   A   Sporadically.

8   Q   From time to time?

9   A   If the word is sporadic, yes.

10   Q   Now, according to records, again, after May

11       7th, the records that we looked at just a

12       moment ago, the next time that you saw

13       Dr. Zoroufy was a month later on June 7th.

14       Does that comport with your memory when you

15       went to see him?

16   A   It's about two years.

17   Q   About a month later?

18   A   I don't know.

19   Q   Any reason to believe that the record is

20       inaccurate?

21   A   I don't know.  Why don't you read it and tell

22       me what I went there for on June 7th.

23   Q   Well, just to make sure we can clarify this,

24       this was Dr. Rickman you were seeing at this

25       time, and he records the statement that, "This

t. Onge, et al vs Fabian, et al

5/14/2003

Joseph St. Onge

Page 78

```
 1          gentleman has a past medical history

 2          significant for ulcerative colitis, alcohol

 3          abuse, prostatism with intermittent prostatitis

 4          and GER."

 5    A     You want me to say I agree with that?

 6    Q     No.  I just wanted to make sure that we could

 7          agree that the next time you saw a doctor after

 8          May 7th was on June 7th, as this record

 9          indicates.

10    A     June?  Yes, probably.

11    Q     And then, after that, the last -- the next to

12          the last substantive record that I have is

13          dated July 11.  Again, a little more than a

14          month later.  Again, back at Community Medical

15          Associates?

16    A     Right.

17    Q     Complaining of a continuing ulcerative colitis

18          problem.  Does that comport with your memory?

19    A     Yes, I think it was.  If the dates are there, I

20          must have seen them, right?  I must have had

21          that --

22    Q     I would normally make that assumption.  I just

23          wanted to make sure you didn't have a specific

24          memory that suggested that there was a record

25          missing or the date had been inaccurately
```

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

St. Onge, et al vs Fabian, et al

5/14/2003                                                    Joseph St. Onge

Page 79

1          recorded for some reason?

2     A    I don't know why he would write it down if I

3          wasn't there.

4     Q    The final record that I have is dated August 10

5          of 2001, back again at Community Medical

6          Associates.  This time, again, with

7          Dr. Zoroufy.  This time, apparently,

8          complaining of several days of burning and

9          urinary hesitancy.  Is that consistent with

10         your memory?

11    A    Yes.  I think I had an infection in the kidney

12         and he gave me antibiotics.

13    Q    Apparently, in August of 2001, there was no

14         complaint related to ulcerative colitis?

15    A    Probably it went away with the drugs and stuff.

16    Q    And that's the last record that I have of you

17         being treated for ulcerative colitis at any

18         time following the date of your arrest.

19    A    Uh-hum.

20    Q    Is that correct?

21    A    Uh-hum.  I think, yeah.  I think, yes.  I think

22         that's right.  I think the antidepressants

23         stopped it.

24    Q    There was a brief flare-up for several months

25         following your arrest, and then you haven't had

d4a65967-b301-414b-aa81-3fd083a231e5

. Onge, et al vs Fabian, et al

5/14/2003

Joseph St. Onge

Page 80

| | | |
|---|---|---|
| 1 | | a problem with it since? |
| 2 | A | No. |
| 3 | Q | Okay.  All right.  If you remember, |
| 4 | | Mr. St. Onge, what medications were you taking, |
| 5 | | or were you currently prescribed on April 24 of |
| 6 | | 2001?  That's the date of your arrest. |
| 7 | A | Sulfamethazine, a sulfur drug. |
| 8 | Q | Just one at a time.  What's the purpose of that |
| 9 | | medication, if you know? |
| 10 | A | Well, it soothes the colon.  You know what I |
| 11 | | mean?  Like heals the colon. |
| 12 | Q | So that was -- now, were you taking that on |
| 13 | | April 24, 2001?  This is obviously before the |
| 14 | | time of your arrest. |
| 15 | A | I don't think so.  I don't know.  When did he |
| 16 | | prescribe the prescription? |
| 17 | Q | Well, I must admit, I'm not a physician.  It's |
| 18 | | hard for me the read these records. |
| 19 | A | Do you know what you did two years ago, what |
| 20 | | you had for breakfast? |
| 21 | Q | You don't remember when you started to take |
| 22 | | that medication? |
| 23 | A | No. |
| 24 | Q | Do you remember other medications which you |
| 25 | | were talking on April 24 of 2001, if any? |

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

5/14/2003                                                          Joseph St. Onge

Page 81

| 1 | A | Just Prilosec, maybe. |
|---|---|---|

1    A    Just Prilosec, maybe.

2    Q    Prilosec?

3    A    Yes.

4    Q    And what was that for?

5    A    Acid reflux, you know, heartburn.  Prevacid

6         maybe.

7    Q    Were you taking Prozac in April of 2001?  It

8         indicates on the record dated March 21 of 2001

9         when you went to see Dr. Zoroufy complaining of

10        depression, that he started you on Prozac.

11   A    And when did he start me on Prozac?

12   Q    According to the record, it suggests March 21

13        of 2001.

14   A    March 21; yeah, probably.

15   Q    Would you have been taking it in April as well?

16   A    Prior.  If it says -- yeah, I would think so.

17        Or if I didn't do it, but why would I not do it

18        though?

19   Q    That's what I'm saying.  Do you recall taking

20        Prozac as it was prescribed to you up until

21        April 24 of 2001?

22   A    Yes.

23   Q    Is that a yes?

24   A    Yes.

25   Q    And are you still taking Prozac today?

d4a65967-b301-414b-aa81-3fd083a231e5

t. Onge, et al vs Fabian, et al

5/14/2003                                                    Joseph St. Onge

```
Page 82

 1    A    No.

 2    Q    Do you remember how long you took it for?

 3    A    Maybe three months.  But it didn't work for me,

 4         you know.

 5    Q    So you stopped it?

 6    A    Yes.

 7    Q    Now, I think in your interrogatory responses

 8         you mentioned that you had surgery in the year

 9         2000?

10    A    Uh-hum.

11    Q    Do you remember approximately when in 2000?

12    A    November.

13    Q    November of 2000?

14    A    Yes.

15    Q    And what was the purpose of the surgery that

16         you had in November of 2000?

17    A    I had a hernia in my stomach and they cut me

18         open and put a screen in there.

19    Q    They repaired the hernia?

20    A    Yes.

21    Q    Were you fully recovered from that operation by

22         the time you were arrested in April of 2000?

23    A    I am not sure, because when he punched me in

24         the stomach, you know, I thought he ruptured

25         the screen that they put in there.  You know
```

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

St. Onge, et al vs Fabian, et al

5/14/2003                                                              Joseph St. Onge

Page 83

1            what I mean?

2    Q    But, in fact, they didn't.  No doctor has ever

3         told you that the screen was ruptured at any

4         time, have they?

5    A    He didn't take any x-rays.  He didn't know what

6         it was.

7    Q    But no doctor has told you that something is

8         wrong with your hernia operation as a result of

9         being punched in the stomach, have they?

10   A    He never told me it didn't either.

11   Q    I look through the medical records for some

12        indication of that and I see none.  I'm just

13        wondering, is that consistent with your

14        recollection?

15   A    Well, it could have been.  It could have been.

16   Q    I'm not worried about what could have.  I'm

17        wondering what doctors have told you?  He never

18        said it was or wasn't?

19   A    It didn't rupture the screen.

20   Q    He didn't say it did either?

21   A    No.

22   Q    Now, the records I have, this one, again, is

23        from Community Medical Associates dated October

24        10 of 2000, mentioned that you were going to go

25        see a Dr. Meredith to evaluate an abdominal

Brandon Smith Reporting Service

d4a65967-b301-414b-aa81-3fd083a231e5

Page 84

| | | |
|---|---|---|
| 1 | | hernia. |
| 2 | A | This is when? |
| 3 | Q | October 10 of 2000. |
| 4 | A | Yes. |
| 5 | Q | That's the only reference that I have to an |
| 6 | | abdominal hernia. |
| 7 | A | He did the operation in November. |
| 8 | Q | But I have no records of that surgery, or the |
| 9 | | summary, your recovery, treatment, or anything |
| 10 | | related to that operation.  Was that operation |
| 11 | | done by Dr. Meredith? |
| 12 | A | Yes. |
| 13 | Q | Does Dr. Meredith work for Community Medical |
| 14 | | Associates? |
| 15 | A | I don't think so.  I think they just referred |
| 16 | | me to him. |
| 17 | Q | So he works either on his own or for some other |
| 18 | | group? |
| 19 | A | He's a surgeon.  That's what he does, you know. |
| 20 | Q | Do you know where his office is located, |
| 21 | | Dr. Meredith's? |
| 22 | A | In Newport. |
| 23 | Q | Do you know his address? |
| 24 | A | Prouty Drive in Newport. |
| 25 | Q | How do you spell "Prouty," P-R-O-U-T-Y? |

St. Onge, et al vs Fabian, et al

Joseph St. Onge

Page 85

| | | |
|---|---|---|
| 1 | A | P-R-O-U-T-Y. |
| 2 | Q | Do you know the name of Dr. Meredith's practice |
| 3 | | group?  What do you call it? |
| 4 | A | I think it's under surgeons, Dr. Mark Meredith. |
| 5 | Q | Can you remember any other medications, |
| 6 | | prescription medications, that you were taking |
| 7 | | on April 24th of 2001 other than what we have |
| 8 | | discussed? |
| 9 | A | Probably afterwards, I think he gave me |
| 10 | | something. |
| 11 | Q | On April 24? |
| 12 | A | Not afterwards. |
| 13 | Q | This is something that you would have been |
| 14 | | prescribed prior to your arrest? |
| 15 | A | No, nothing. |
| 16 | Q | Have you sought any psychological counseling as |
| 17 | | a result of the arrest of April 24, 2001? |
| 18 | A | No. |
| 19 | Q | Psychiatric treatment? |
| 20 | A | No. |
| 21 | Q | The cost of your treatment was covered by your |
| 22 | | medical insurance for the most part? |
| 23 | A | I think I paid it out of my pocket.  I'm not |
| 24 | | sure though, you know. |
| 25 | Q | Who represented you in the criminal case |

d4a65967-b301-414b-aa81-3fd083a231e5