HONORABLE **Stefan Underhill**
DEPUTY CLERK **Montz**   RPTR/ERO/TAPE **Carucci**

TOTAL TIME: **2** hours **55** minutes

DATE **4·15·04**   START TIME **9:20**   END TIME **12:15**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv 1506 (SRU)**

**St. Onge**
vs.
**Fabian**

§
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§
§

**Kristi Doyle**
Plaintiffs Counsel

**Steve Sarnoski**
Defendants Counsel
**Kathleen Keating**

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ......  ☐ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☑ ......  ☑ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ .... # __  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... # __  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... # __  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... # __  Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ......  _____  ☐ filed ☐ docketed
☐ ......  _____  ☐ filed ☐ docketed
☐ ......  _____  ☐ filed ☐ docketed
☐ ......  _____  ☐ filed ☐ docketed
☐ ......  _____ # jurors present
☑ ......  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☑ ......  Voir Dire by Court
☑ ......  Peremptory challenges exercised (See attached)
☑ ......  Jury of **9** drawn (See attached) ☑ and sworn ☐ Jury Trial commences
☑ ......  Remaining jurors excused
☐ ......  Discovery deadline set for _____
☐ ......  Disposition Motions due _____
☐ ......  Joint trial memorandum due _____
☑ ......  Trial continued until **6·3·04** at **9:00 AM**.

☑ COPY TO: JURY CLERK

(CD.10-Rev. 9/92)

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

St. Onge
v.
Fabian

CASE NO. 3:01cv1506 (SRU)

## CIVIL CHALLENGES

1. Darlene Koll #11
2. Daniel McDonald #9
3. Edward Jenner #20
4. Michael Dowling #5

1. Doris Thurman #2
2. Ethel Wills #12
3. Robert Ingraham #19
4. Harry Keitzer #4

_____  _____
COUNSEL FOR PLAINTIFF(S)    COUNSEL FOR DEFENDANT(S)

(CD-12-Rev 9-92)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

St. onge
v.
Fabian

CASE NO. 3:01cv1506 (SRU)

## CIVIL JURY PANEL AS DRAWN

1. #6 Nancy Mazzucco
2. #8 David Mount
3. #13 Paul Flahive
4. #18 Sandra Wagenfeld
5. #23 Karl Deering
6. #24 Richard Frisch
7. #26 Bruce Gardner
8. #28 Benis Rodriguez

# Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:01CV1506(SRU)
Description: ST ONGE V. FABIAN

Date: 4/15/04
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| (1) | 100087936 | 02-0163 | PORUBAN, BARBARA J — FAIRFIELD — RETIRED SCHOOL TEACHER — *April - vacation May 10 RTN* | CP |
| 2 | 100090091 | 02-0062 | THURMAN, DORIS J — BRIDGEPORT — BANKING TELLER SUPERVISOR — *Asthma Dates ok Mon-Wed Son-Dayfere* | PD |
| (3) | 100119544 | 02-0075 | HOPP, KIMBERLY A — NORWALK — OFFICE MANAGER — *Mon-Wed Son- Day Care Dates OK* | CP |
| 4 | 100115591 | 02-0016 | KRITZER, HARRY A — WESTPORT — ATTORNEY — *Dates ok* | PD |
| (5) | 100118063 | 02-0043 | SOULE, ROBIN DALE-ALMA — STRATFORD — CREDIT UNION — *Dates o.k. Police ofc. should control situations* | CP |
| 6 | 100117124 | 02-0118 | MAZZUCCO, NANCY E — DANBURY — INTERN — *19-27 Travel Plans* | J-1 |
| (7) | 100112533 | 02-0081 | DEVINE, PAUL J — DANBURY — PRODUCE MANAGER — *Father-Pol. Ofc. Dates ok. Prej?* | CP |
| 8 | 100092038 | 02-0174 | MOUNT, DAVID S — BETHEL — INFORMATION TECHNOLOGY — *Best Friend Atty. Child Welfare. Next Thurs Friday -Boys on Ibafullis* | J-2 |
| 9 | 100118346 | 02-0059 | MCDONALD, DANIEL J — SHELTON — DEPT MANAGER — *on Insulin* | ~~PP~~ |

Legend: J=Jury  A=Alternate  NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: STEFAN R. UNDERHILL  
Event: 3:01CV1506(SRU)  
Description: ST ONGE V. FABIAN

Date: 4/15/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| (10) | 100093823 | 02-0070 | DAY, DAVID M<br>SHERMAN | CIVIL ENGINEER  Lv by 3:00 PM.<br>Wed, Thurs, Fri - need to be<br>Home at 5:10<br>Childcare | CP |
| 11 | 100093637 | 02-0082 | KOLF, DARLENE S<br>BROOKFIELD | DIRECTOR CHILD CARE/PRESCHOOL<br>gr. father - P.O.    Dates OK | PP |
| 12 | 100110469 | 02-0063 | WILLS, ETHEL C<br>STAMFORD | ADMINISTRATIVE   O.K | PD |
| 13 | 100102997 | 02-0008 | FLAHIVE, PAUL M<br>MONROE | BANKER   O.K | J-3 |
| ? (14) | 100111777 | 02-0098 | MURPHY, JAMES J<br>NEWTOWN  Cross Cant. | NEWS REPORTER  Thurs + Fri<br>Filed EEOC Complaint.  not good<br>Fair | CP |
| ? (15) | 100086609 | 02-0091 | HENNING, MICHAEL J<br>BRIDGEPORT  UPS | PACKAGE DRIVER  12-25 - out  Golf Tour.<br>5/3 - out | CP |
| (16) | 100110891 | 02-0089 | LIPOVETSKY, SIMON<br>NEW CANAAN | SR. MANAGER, IS  4.25 - 5.5<br>Vacation | CP |
| (17) | 100093735 | 02-0067 | CHODASH, CRAIG<br>WESTPORT | FINANCE   Wife Due 5.5 | CP |
| 18 | 100082171 | 02-0027 | WAGENFELD, SANDRA G<br>WESTPORT | PRESIDENT - Graphic Design   Dates ok | J-4 |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

# Judge's List

Judge: STEFAN R. UNDERHILL  
Event: 3:01CV1506(SRU)  
Description: ST ONGE V. FABIAN

Date: 4/15/04  
Time: 9:09 AM

| Random No. | Part No. | Pool Seq. | Name | Code (see legend) |
|---|---|---|---|---|
| 19 | 100083919 | 02-0166 | INGRAHAM, ROBERT P — DANBURY — *Unemployed* — Free | PD |
| 20 | 100126104 | 02-0100 | IENNER, EDWARD A — STAMFORD — TECH PHONE SBC — Dates OK | PP |
| (21) | 100122556 | 02-0172 | PHU, KINH K — DANBURY — HAIR STYLE — Tues, Thurs, Fri — No pay. | CP |
| (22) | 100097312 | 02-0094 | MERRILL, JUDITH A — BRIDGEPORT — Daughter: Paralegal — Friend PO: Brother Bpt PD — Not Fair — 19th Baby sit | CP |
| 23 | 100086743 | 02-0158 | DEERING, KARL M — NORWALK — TELE COMMUNICATIONS SNET | J-5 |
| 24 | 100093854 | 02-0164 | FRISCH, RICHARD H — WESTON — Teacher — Vacation next week | J-6 |
| (25) | 100098583 | 02-0020 | JACKSON, FERNANDEZ — BRIDGEPORT — M.H.A./CASE MANAGER — 5/3 Doctor — medical problem — Neg. arrest | CP |
| 26 | 100124218 | 02-0175 | GARDNER, BRUCE D — NEWTOWN — EXECUTIVE — 4/27 Chicago — was of N.Y. State | J-7 |
| (27) | 100106281 | 02-0038 | BRUNO, CHARLES J — STRATFORD — FINANCE DIRECTOR — OK for Dates — Un fair — Case pending Auto Acc'd — Son-in-law Detective | CP |

Legend: J=Jury   A=Alternate   NU=Not Used  
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant  
CP=Challenge For Cause  
Note: Return to Jury Assembly Room each evening during Panel.

## Judge's List

Judge: STEFAN R. UNDERHILL
Event: 3:01CV1506(SRU)
Description: ST ONGE V. FABIAN

Date: 4/15/04
Time: 9:09 AM

01cv998 JurySel

| Random No. | Part No. | Pool Seq. | Name | | Code (see legend) |
|---|---|---|---|---|---|
| 28 | 100109449 | 02-0095 | RODRIGUEZ, BENIS C<br>TRUMBULL<br>RETIRED R.ESTATE BROKER/LOAN ORIGINATOR | OK | J.8 |
| 29 | 100100556 | 02-0080 | DAWKINS, MICHAEL R<br>MONROE<br>SHOP FOREMAN<br>Son- Animal Control Ofcr.<br>Lamorte v. Leonard  3:01 cv 998 | Fair<br>OK w/ Dates | PP |
| 30 | 100086744 | 02-0147 | MUNTNER, DAVID H<br>STAMFORD<br>COMPUTER ANALYST | 25-30 vacation | CP |
| 31 | 100120626 | 02-0030 | DENG, HONGBING<br>Dang<br>SANDY HOOK<br>GENERAL MANAGER | O.K. | PP |
| 32 | 100083047 | 02-0058 | LEASK, WILLIAM M<br>FAIRFIELD<br>COLD FOOD CLERK<br>Bldg maintenance | O.K. | J-1 |
| 33 | 100084233 | 02-0092 | LENTZ, CHRISTOPHER M<br>NEW FAIRFIELD<br>MANAGER<br>Friends NYC<br>Bri K PD | unsure P.D. | CP |
| 34 | 100116489 | 02-0029 | BAILEY, RICHARD R<br>SANDY HOOK<br>CUSTODIAN  Bd of Ed | OK | PD |
| 35 | 100126209 | 02-0130 | SALVO, EDITH P<br>TRUMBULL<br>OFFICE MANAGER | April not good<br>May okay | CP |
| 36 | 100097837 | 02-0053 | WADE, KENT F<br>SHELTON<br>LEADMAN/MECHANIC<br>good/bad Exp in Cks<br>Prosecution over Zealous | Dates ok<br>Fair | PD |

Legend: J=Jury   A=Alternate   NU=Not Used
PP=Peremptory Challenge Prosecutor/Plaintiff   PD=Peremptory Challenge Defendant
CP=Challenge For Cause
Note: Return to Jury Assembly Room each evening during Panel.