UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ST. ONGE and | : | |
| MICHAEL ST. ONGE | : | |
| | : | |
| VS. | : | NO.3:01CV01506 (SRU) |
| | : | |
| TROOPER FABIAN (#1302) and | : | |
| TROOPER LALLO (#1402) | : | APRIL 24, 2004 |

**PLAINTIFFS' RESPONSE TO MOTION IN LIMINE**

The defendants have moved *in limine* to preclude the plaintiffs from testifying that the incident in question proximately caused a flare up of Joseph's chronic ulcerative colitis, prostatitis and/or inflammatory bowel disease; or that the incident in question proximately caused Joseph to suffer from clinical depression and/or post-traumatic stress syndrome. They claim that Mr. St. Onge expressed those beliefs at his deposition when asked.

This motion is quite unnecessary. Joseph St. Onge offered those opinions because defense counsel asked him the questions. If the questions aren't asked, the answers won't be given. The plaintiffs certainly are entitled to describe how they felt after the incident. They have no intention of offering a diagnosis concerning the significance of those feelings.

THE PLAINTIFFS


BY_____
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                (203) 562-9931
                FAX:  (203) 776-9494
                E-Mail: jrw@johnrwilliams.com
                Their Attorney


**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Stephen R. Sarnoski, Esq., Assistant Attorney General, 110 Sherman Street, Hartford, CT 06105.


_____
JOHN R. WILLIAMS