UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSEPH ST. ONGE and : | |
| MICHAEL ST. ONGE : | |
| | |
| VS. | : NO. 3:01CV01506(SRU) |
| | |
| TROOPER FABIAN (#1302), : | |
| Trooper Lallo (#1402) and : | |
| AMY M. ZIEGRA | : APRIL 29, 2004 |

# **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the plaintiffs,

JOSEPH ST. ONGE and MICHAEL ST. ONGE.

_____
Christy H. Doyle
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
Federal Bar No. ct23458
Their Attorney

## <u>CERTIFICATION</u>

_____This is to certify that a copy of the foregoing was mailed, first class mail, postage prepaid, on April 29, 2004 to the following counsel of record:

Stephen Sarnoski, Esq.
Kathleen Anne Keating
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Norman A. Pattis
John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

                                          CHRISTY H. DOYLE