*PRETRIAL CONFERENCE HELD*
*DATE: 4/30/04*
*(1.5 hrs.)*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #1, 4th Floor

April 30, 2004

4:00 p.m.

**Counsel are to confer with each other to confirm date and time of conference.**

CASE NO. **3:01cv1506**     **St. Onge v Fabian**

Stephen Richard Sarnoski
Kathleen Anne Keating
Attorney General's Office
110 Sherman St.
Hartford, CT 06105

John R. Williams     *(Ms. Doyle has no appearance yet)*
Norman A. Pattis
Williams & Pattis
51 Elm St., Ste 409
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK