UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -3  P 2: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| JOSEPH ST. ONGE and<br>MICHAEL ST. ONGE | : | CASE NUMBER: 301CV01506 SRU |
| | : | |
| VS. | : | CIVIL ACTION |
| | : | |
| | : | |
| TROOPER FABIAN (#1302),<br>TROOPER LALLO (#1402) and | : | |
| AMY M. ZIEGRA | : | April 30, 2004 |

<u>WITHDRAWAL of COUNTERCLAIM</u>

The Defendant/Counterclaim Plaintiff, Amy M. Ziegra, hereby withdraws her

counterclaim against the Plaintiffs/Counterclaim Defendants, Joseph St. Onge and

Michael St. Onge, dated November 29, 2001.


THE DEFENDANT/COUNTERCLAIM
PLAINTIFF, Amy Ziegra

BY_____
    A. Alan Sheffy
    Sheffy & Mazzaccaro
    35 North Main Street
    Southington, CT  06489
    Federal Bar #CT04366

1

## **CERTIFICATION**

The defendant hereby certifies that a copy of the foregoing has been mailed postage pre-paid to the following counsel or pro-se parties of record on this the 20th day of May, 2003:

John R. Williams                    Stephen Sarnoski
51 Elm Street, Suite 409            Assistant Attorney General
New Haven, CT 06510                 MacKenzie Hall
                                    110 Sherman Street
                                    Hartford, CT 06105


_____
          A. Alan Sheffy

2