

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY -3 P 2: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| JOSEPH ST. ONGE and<br>MICHAEL ST. ONGE | CASE NUMBER: 301CV01506 SRU |
| | CIVIL ACTION |
| VS. | |
| TROOPER FABIAN (#1302),<br>TROOPER LALLO (#1402) and<br>AMY M. ZIEGRA | April 30, 2004 |

### WITHDRAWAL of COUNTERCLAIM

The Defendant/Counterclaim Plaintiff, Amy M. Ziegra, hereby withdraws her counterclaim against the Plaintiffs/Counterclaim Defendants, Joseph St. Onge and Michael St. Onge, dated November 29, 2001.

THE DEFENDANT/COUNTERCLAIM
PLAINTIFF, Amy Ziegra

BY _____
A. Alan Sheffy
Sheffy & Mazzaccaro
35 North Main Street
Southington, CT 06489
Federal Bar #CT04366

FILED 5/7/04
2004 MAY -7 P 2: 20
U.S. DISTRICT COURT
BRIDGEPORT, CONN

APPROVED.
SO ORDERED.

1