# WILLIAMS and PATTIS, LLC

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
KIM COLEMAN WAISONOVITZ

FILED
2004 JUN -4 A 11: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

May 7, 2004

Honorable Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

       **Re:    *Joseph St. Onge, et al. vs. Trooper Fabian, et al.***
            ***No. 3:01CV1506(SRU)***

Dear Judge Underhill:

       The above referenced matter settled on April 30, 2004 during a pretrial conference scheduled on that day for 4:00 p.m. The matter settled around 6:15 p.m. after a lengthy phone conversation between the plaintiff, Mr. St. Onge, myself, and the Judge. The settlement agreement was placed on the record around 6:30 p.m.

       On April 30, 2004, around 9:20 p.m., the plaintiff, Joseph St. Onge, called Williams and Pattis and left a message on my voice mail indicating that he would like to withdraw his agreement to settle this matter and proceed with a trial on Monday or as soon as possible. I did not receive the message until late Saturday afternoon. On Sunday, May 2, 2004, I spoke with my client via telephone and in person and indicated to him that it would be very difficult if not impossible to withdraw his settlement. The plaintiff has requested that I contact the court and inquire whether there is any chance of withdrawing his settlement agreement and proceeding with a trial in this matter. Mr. St. Onge alleges that it was a very busy night at his restaurant when the telephone settlement negotiation was going on and he had to make a quick decision which ultimately he regretted. My client would like to know if there is any way he can withdraw his settlement agreement and proceed to trial. I will await advisement on this matter from the court.

                                   Respectfully,

                                     CHRISTY H. DOYLE

CHD:kap
cc: Attorney Stephen Richard Sarnoski