# WILLIAMS and PATTIS, LLC

**FILED**

JOHN R. WILLIAMS
NORMAN A. PATTIS
KATRENA ENGSTROM
TIMOTHY J. MAHONEY
CHRISTY H. DOYLE
KIM COLEMAN WAISONOVITZ

2004 JUN -4  A 11: 32

U.S. DISTRICT COURT
BRIDGEPORT, CONN

51 ELM STREET, SUITE 409
NEW HAVEN, CONNECTICUT 06510

(203) 562-9931
FACSIMILE (203) 776-9494
E-MAIL: jrw@johnrwilliams.com

May 25, 2004

Honorable Judge Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

3;01cv1506(SRU)

Dear Judge Underhill:

    Enclosed please find a copy of a letter that my client forwarded to me on May 20, 2004. I am forwarding said letter to you at his request. Thank you for your timely attention to this matter.

Sincerely,

CHRISTY H. DOYLE

CHD:kap
Encl.
cc: Steve Sarnoski

## JOSEPH ST. ONGE

Pope Road
Lowell, VT 05847
(802) 744-6149

May 19, 2004

The Honorable Judge Underhill

Your Honor,

On the advice of my attorney, Christy Doyle, I am submitting this letter to appeal to you to grant me a trial allowing a jury to decide my case. After waiting for three years to plead my case to a jury, my attorney called me during my restaurants prime business hour on a Friday evening. She called to offer me a settlement of $1,500 to avoid a trial. I was told I had thirty minutes to decide or the offer would be revoked. To say the least, I was not able to concentrate exclusively on my conversation with Attorney Doyle who strongly urged me to accept the settlement, asserting that a jury would most likely believe the Troopers (because of 9/11), lack of evidence, and the absence of corroborating witnesses. At this point, I asked if I could speak to the judge. Conferring with you for twenty-seven minutes, I felt pressured to accept the offer, interpreting your words to mean I didn't have a chance. This conversation was discouraging and disheartening to the point that I had to second-guess the system that was created to protect me.

I made my decision under duress, i.e., the pressure of the requirement of an immediate decision, my simultaneous preoccupation with running my restaurant during peak business hours and my apprehension about facing a trial for which I understood my chances at winning were grim. After making my hasty decision, I immediately had second thoughts about it and contacted my attorneys by voice mail, as soon as possible to inform them of the reversal of my decision. Due to my responsibility to my business, I was unable to contact Ms. Doyle until 9:05.

I waited for three years to play my part in seeking justice for being mistreated by representatives of the law, i.e., state troopers who abused their authority, using unnecessary force to arrest me.

At this point, I am not concerned about winning. My desire is to expose Troopers to public scrutiny, hoping to decrease the likelihood of their utilization of unnecessary force in the future. I am asking you to allow me to have "my day in court" to present my case to a jury of unbiased peers. I have spent $15,000 to seek justice, and I feel that I deserve an opportunity to plead my case.

Respectfully,

Joseph St.Onge