UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 17 P 2:00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOSEPH ST. ONGE         :
MICHAEL ST. ONGE

v                       :    3:01-cv-1506(SRU)

TROOPER FABIAN (#1302)
TROOPER LALLO (#1402)P. :


JUDGMENT

Notice having been sent to counsel of record on April 26, 2004 by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before May 30, 2004 and

No closing papers or further requests for action having been received within the time specified, therefore,

It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 17th day of June, 2004.

KEVIN F. ROWE, CLERK

By _____
     Deputy Clerk

Entered on Docket          , 2004