**JOSEPH ST. ONGE**
Pope Road
Lowell, VT 05847
(802) 744-6149

United States District Court
District of Connecticut
FILED AT        BRIDGEPORT

Jul 1, 2004
Kevin F. Rowe, Clerk

By: Judy Fasekas
Deputy Clerk

RECEIVED

May 18, 2004

The Honorable Judge Underhill

Your Honor,

On the advice of my attorney, Christy Doyle, I am submitting this letter to appeal to you to grant me a trial allowing a jury to decide my case. After waiting for three years to plead my case to a jury, my attorney called me during my restaurants prime business hour on a Friday evening. She called to offer me a settlement of $1,500 to avoid a trial. To say the least, I was not able to concentrate exclusively on my conversation with Attorney Doyle who strongly urged me to accept the settlement, asserting that a jury would most likely believe the Troopers (because of 9/11), lack of evidence, and the absence of corroborating witnesses. At this point, I asked if I could speak to the judge. Conferring with you for twenty-seven minutes, I felt pressured by your assertion that I did not have a chance to win, and I reluctantly (and later regrettably) agreed to accept the offer of a $1,500 settlement. This conversation was discouraging and disheartening to the point that I had to second-guess the system that was created to protect me.

I made my decision under duress, i.e., the pressure of the requirement of an immediate decision, my simultaneous preoccupation with running my restaurant during peak business hours and my apprehension about facing a trial for which those in authority had advised me that my chances at winning were negotiable to nonexistence. After making my hasty decision, I immediately had second thoughts about it and directly contacted my attorneys by voice mail to inform them of the reversal of my decision.

I waited for three years to play my part in seeking justice for being mistreated by representatives of the law.

I am asking you to allow me to have "my day in court" to present my case to a jury of unbiased peers. I have spent $15,000 to seek justice, and I feel that I deserve an opportunity to plead my case.

Respectfully,

Joseph St.Onge

Federal Rules of Appellate Procedure Form 1. Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.

United States District Court for the District of **Connecticut**

File Number **No 3:01CV-1506 (SRU)**

A.B., **Joseph St. Onge, et al.,**
    *Plaintiff,*    )
    v.    )    Notice of Appeal
    )
C.D.,    )
    *Defendant.*    )

**Trooper Fabian et al.,**

Notice is hereby given that (_____ here name all parties taking the appeal _____), (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the **Second** Circuit (from the final judgment) (from an order (describing it)) entered in this action on the **28** day of **June**, **2004**

/s/
_____
Attorney for
_____
Address:
_____

*See Rule 3(c) for permissible ways of identifying appellants

*Joseph St. Onge*
*Pro Se*
*Joseph St Onge*

802-744-6149