RECEIVED
JUL 2004

PO Box
Lowell, Vermont 05847
June 28th 2004

FILED
2004 JUL 12 P 4:53
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Greetings,

Please be advised that I am terminating my attorneys, Williams and Pattis, 51 Elm St. New Haven Connecticut 06510 on a civil suit File Number 3:01CV-1506 SRV as of the date of this letter. Also I would like to make it known that I plan to file an appeal pro-se. I am also asking for an extension of my appeal which the deadline is July 4, 2004

Sincerely,

Joseph St Onge

Joseph St. Onge

802-744-6149



Joseph St Onge
PO Box 132
Lowell Vt. 05847-0132

7001 1140 0002 9339 0972

U.S. District Court around Circuit of Conn.
915 Lafayette Blvd.
Bridgeport, Conn. 06604

(clerk)