UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSEPH ST. ONGE, ET AL | : | |
| VS. | : | 3:01CV01506(SRU) |
| FABIAN, ET AL | : | JULY 27, 2004 |

**MOTION FOR PERMISSION TO WITHDRAW**

The undersigned respectfully requests permission to withdraw from the above- captioned complaint.  In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

\_/s/ Christy H. Doyle_____
Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
His Attorney

ORAL ARGUMENT IS NOT REQUESTED

2

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Kathleen Anne Keating
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

Stephen Richard Sarnoski
Attorney General's Office
Public Safety & Special Revenue
MacKenzie Hall, 110 Sherman Street
Hartford, CT 06105

_____
Christy H. Doyle