CT/NH
01-CV-1506
Underhill

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**MANDATE**

Docket Number(s): 04-3947-CV

Caption [use short title]

Motion for: Dismissal of Appeal

St. Onge v. Fabian

Set forth below precise, complete statement of relief sought:

Dismissal of Appeal due to Plaintiff's Failure to Timely File His Brief and Appendix

*[FILED FEB - 1 2005, Roseann B. MacKechnie, CLERK, UNITED STATES COURT OF APPEALS, SECOND CIRCUIT]*

| | |
|---|---|
| MOVING PARTY: Thomas Fabian | OPPOSING PARTY: Joseph St. Onge |
| ☐ Plaintiff  ☒ Defendant | |
| ☐ Appellant/Petitioner  ☐ Appellee/Respondent | |
| MOVING ATTORNEY: Stephen R. Sarnoski | OPPOSING ATTORNEY [Name]: Pro Se |

[name of attorney, with firm, address, phone number and e-mail]

Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
Phone: (860) 808-5450  stephen.sarnoski@po.state.ct.us

P.O. Box 132
Lowell, Vermont 05847

Court-Judge/Agency appealed from: U.S. District Court, District of Connecticut (Underhill, J.)

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☐ Yes  ☒ No
B. been obtained?  ☐ Yes  ☒ No

Is oral argument requested?  ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☐ No

Has this relief been previously sought in this Court?   ☐ Yes  ☒ No

Requested return date and explanation of emergency:

N/A

Signature of Moving Attorney: _[signed]_   Date: 1/27/2005

Has service been effected?  ☒ Yes
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~. Any pending motions are denied as moot.

Date: MAR 2 - 2005

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

By: CJ Minuse
Sup. Staff Atty.

*[A TRUE COPY, Roseann B. MacKechnie, CLERK, by Deputy Clerk]*

*[FILED MAR 2 2005, UNITED STATES COURT OF APPEALS, SECOND CIRCUIT]*

Form T-1080 (Revised 10/31/02).

ISSUED AS MANDATE: APR - 8 2005